## DECLARATION IN SUPPORT OF COMPLAINT FOR FORFEITURE *IN REM*

I, Darren Mayer, being duly sworn, depose and state:

I am a Special Agent with the Internal Revenue Service, and have been so employed for approximately 14 years. I am assigned to the Gulfport, Mississippi Post of Duty for the New Orleans Field Office, located in the Southern Judicial District of Mississippi. In my capacity as a Special Agent, I have investigated numerous cases involving health care fraud and money laundering. I have also received training in the detection and investigation of health care fraud and money laundering.

I am assigned the responsibility of investigating cases involving criminal fraud against various programs funded by the United States Government, including TRICARE and Department of Labor Office of Worker's Compensation, and the laundering of the criminal proceeds in violation of 18 U.S.C. §§ 1347 and 1356.

This Affidavit is made in support of Complaint for Forfeiture *in Rem* to seize all property attached in Exhibit "A" pursuant to 18 U.S.C. §§ 981(a)(1)(A) & (C) and 982(a)(1) & (7), as they represent property involved in violations of 18 U.S.C. § 1956 (Money Laundering), and illegal proceeds obtained as a result of violations of 18 U.S.C. § 1347 (Health Care Fraud.

### FACTS AND CIRCUMSTANCES

1.      Based on information obtained so far, the subjects of this investigation own and operate numerous pharmacies that market and prepare compounded medications. As a general practice, compounding pharmacies create custom medications based upon a specific prescription written by a doctor. The compounding pharmacy does this by combining, mixing, and/or altering the medicines.

2.      Many of the subjects have engaged in price rolling (also known as price testing). This type of fraud occurs when a pharmacy employee submits a claim to an insurance provider to



EXHIBIT
**A**

"test" the amount of reimbursement for a specific prescription. This claim is often then retracted or cancelled and a "new" claim is submitted using a different compounding formulation to determine if the "new" claim is reimbursed at a higher rate. Most insurance programs prohibit pharmacies from engaging in this practice.

3.     The subjects are also known to engage in split billing. Split billing occurs when a prescription that is written for a specified period (e.g. 30 days) is split into multiple, smaller prescriptions (i.e. one day or one week supplies). The medicine may still be placed in a single container but is billed as multiple prescriptions. Pharmacies may engage in this practice to avoid price "caps" placed by the insurance programs on the price of certain medications. Pharmacies that engage in split billing often bill the insurance programs a "dispensing fee" for each medication that is billed, regardless of whether or not the medications are actually sent separately.

4.     The subject pharmacies are known to automatically refill prescriptions in spite of doctors' orders and/or patient wishes not to refill the prescriptions. In some instances, patients were offered payments, or told to destroy the medications, to keep them from cancelling the automatic refills or from returning the medications. If a patient returns the medication, the pharmacy is obligated to reverse its claim to the insurance program.

5.     Many of the pharmacies tell their patients that they do not have to pay co-pays or they make no effort to collect the co-pay. One informant reported that one of the subject pharmacies paid its employees to purchase "Green Dot" cards that were then used to pay for patient co-pays. Alternatively, the pharmacy may offer a co-pay "rebate" or coupon program. These programs often make it appear that a co-pay has been paid, but the money is often

funneled through intermediaries from the pharmacy. Most insurance programs require patients to pay their own co-pays.

6.   Many patients report that they have received prescription medicines without having ever seen (or even knowing) the doctor that prescribed the medications. This activity violates most of the insurance policies as well as medical ethics.

7.   The subject pharmacies are believed to bill for ingredients that are not contained in the actual compounded medications in order to receive a higher reimbursement from the insurance programs. The pharmacies may also substitute ingredients without the knowledge of the patient and/or the prescribing doctor.

8.   Many of the pharmacies are known to use affiliates or shell companies to hide their involvement from certain insurance programs. This arrangement often occurs if the pharmacy has been audited and prohibited from submitting claims to a particular insurance program.

9.   Through marketing companies, which are under the control or direction of the co-conspirators, kickbacks or incentives were paid to health care providers to prescribe compounding medications that were filled by the subject pharmacies.

10.   The financial investigation has uncovered evidence that the proceeds of the health care fraud and money laundering were used, directly or indirectly, to purchase the Defendant Real Properties listed in Exhibit "A" attached hereto and made a part hereof.

Dated, this the 15 day of January, 2016.

Darren Mayer, Special Agent
Internal Revenue Service

(A)     Real property located at 19 Crane Park, Hattiesburg, Lamar County, Mississippi, more particularly described as:

Parcel No. 101G-01-055.000

Lot 20 of Canebrake, Brake "TT-1", First Revision, a Subdivision of the County of Lamar, State of Mississippi, as per the map or plat thereof on file and of record in the office of the Chancery Clerk of Lamar County, Mississippi, at Plat Book 2, Page 95, Slide A-160 together with all improvements thereon and appurtenances thereunto belonging.

Subject to prior reservations of oil, gas and other minerals by former owners.

Taxes for the year 2004 shall be pro-rated as of the date of this instrument and assumed by the Grantee. It is specifically agreed and understood that taxes for the current year are pro-rated based upon the previous years taxes.

Subject to those certain Subdivision Regulations adopted by the Board of Supervisors of Lamar County of record in Minute Book 59 at Page 202 and amended in Minute Book 82 at Page 282 and amended in Minute Book 112 at Page 144 and amended further in Minute Book 112 at Page 290 in the office of the Chancery Clerk of Lamar County, Mississippi.

Subject to that certain Declaration of Covenants, Conditions and Restrictions for Canebrake Subdivision from Bennett V. York to The Public, dated December 17, 1985 and of record in Book 7-T at Page 380 in the office of the Chancery Clerk of Lamar County, Mississippi; said Covenants have been amended and of record in Book 9-I at Page 141 in the office of the Chancery Clerk of Lamar County, Mississippi; said Covenants have been supplemented and of record in Book 8-C at Page 108 in the office of the Chancery Clerk of Lamar County, Mississippi; said Covenants have been supplemented and recorded in Book 11-G at Page 16 in the office of the Chancery Clerk of Lamar County, Mississippi.

Subject to that certain Corrected Waiver and Release of First Right of Refusal to Bennett V. York, dated May 11, 1992 and of record in Book 10-C at Page 528 in the office of the Chancery Clerk of Lamar County, Mississippi.


EXHIBIT
A

Subject to that certain Shared Use Agreement from Canebrake Owners Association, Inc. to Canebrake Golf Community Association, Inc., dated October 4, 1996 and recorded in Book 12-M at Page 667 and I.D. Book 1 at Page 217 and amended in Book 12-Q at Page 365 and I.D. Book 1 at Page 233, second amendment dated December 20, 1999 recorded in Book 14-G at Page 678 and I.D. Book 1 at Page 275, and dated January 15, 1997 recorded in Book 14-G at Page 662 and I.D. Book 1 at Page 259 in the office of the Chancery Clerk of Lamar County, Mississippi.

Subject to that certain Easement from Bennett V. York to Pearl River Valley Electric Power Association, dated October 14, 1985 and filed for record in Book 7-S at Page 394 in the office of the Chancery Clerk of Lamar County, Mississippi.

Subject to that certain Easement from Bennett V. York to Pearl River Valley Electric Power Association, dated October 11, 1993 and filed for record in Book 10-V at Page 432 in the office of the Chancery Clerk of Lamar County, Mississippi.

Subject to that certain Easement from Bennett V. York to Pearl River Valley Electric Power Association, dated August 9, 1994 and filed for record in Book 11-G at Page 175 in the office of the Chancery Clerk of Lamar County, Mississippi.

(B)     104 Bocage Court, Hattiesburg, Lamar County, Mississippi, more particularly described as:

Lot 4, Canebrake Golf Community, Brake GD, in the County of Lamar, State of Mississippi, as per the map or plat thereof on file and of record in the office of the Chancery Clerk of Lamar County, Mississippi, at Plat Book 2, Page 141, Slide A-206; together with all improvements thereon and appurtenances thereunto belonging.

ALSO, Being described as Lot GD-4, Canebrake Golf Community, in the County of Lamar, State of Mississippi, as per the map or plat thereof on file and of record in the office of the Chancery Clerk of Lamar County, Mississippi, at Plat Book 2, Page 141, Slide A-206; together with all improvements thereon and appurtenances thereunto belonging.

(C)     Real property located at Bocage Court, Hattiesburg, Lamar County, Mississippi (Corner of Lot 13 Canebrake Golf Community), more particularly described as:

Parcel No. 101Q-12-053.001

A parcel of land being part of Lot 13 of Canebrake Golf Community, Brake GE, Lamar County, Mississippi, said parcel more particularly described as follows:

Begin at the Southeast corner of Lot 12 of said Canebrake Golf Community, Brake GE Subdivision; thence run South 87 degrees 33 minutes 12 seconds West for 59.35 feet to the East lot line of said Lot 13; thence North 04 degrees 47 minutes 49 seconds West along said East line for 22.99 feet to the Northeast corner of said Lot 13; thence run South 70 degrees 26 minutes 41 seconds West along the North lot line of said Lot 13 for 60.89 feet back to the Point of Beginning. Said parcel contains 0.02 acres more or less; together with all improvements thereon and appurtenances thereunto belonging.

(D)     Real property located at 80 Sandy Creek Drive, Santa Rosa Beach, Walton County, Florida, more particularly described as:

Parcel No. 15-3S-19-25419-000-0170

Lot 17, Sandy Creek at WaterColor, according to the map or plat thereof, as recorded in Plat Book 15, Page(s) 57 through 57B, inclusive, of the Public Records of Walton County, Florida.

(E)     Real property located at North Black Creek Road, Sumrall, Lamar County, Mississippi, more particularly described as:

Parcel Nos. 103-07-006.000, 151-12-001.000, 151-01-027.000, 151-01-026.000, 151-02-010.000, 103-06-001.002, 103-07-006.001

Beginning at an iron pipe at the NW corner of the SW ¼ of Section 6, T-4-N, R-15-W, Lamar County, Mississippi and run N 89°39'04"E 2576.27 feet along the forty line to an iron pin at the center of said Section 6; thence run N00°14'32"W 274.80 feet along the half section line to an iron pipe on the Southerly right-of-

3

way line of North Black Creek Road; thence run on and along a curve that curves to the right and has a radius of 492.43 feet, a central angle of 18°46'38" for 161.38 feet, a long chord of S23°55'37"E 160.66 feet along said right-of-way line to an iron pin; thence run S17°33'31"E 168.67 feet along said right-of-way line to an iron pin; thence run S89°55'50'W 114.38 feet to an iron pin on the half section line; thence run S00°52'40"E 2622.25 feet along the half section line to a lightered post at the SE corner of the SW ¼ of said Section 6; thence run S89°49'46"W 1301.65 feet along the section line to a concrete post at the forty corner; thence run S00°01'17"E 1315.86 feet along the forty line to a concrete post at the forty corner; thence run N89°53'05"E 1300.74 feet along the forty line to an iron pin at the forty corner; thence run S00°01'06"W 1317.11 feet along the half section line to a pine knot at the forty corner; thence run S00°10'01"W 1324.34 feet along the half section line to a lightered post at the forty corner; thence run S00°22'02"E 1318.42 feet along the half section line to a pine knot at the SE corner of the SW ¼ of Section 7, T-4-N, R-15-W; thence run S89°38'31"W 2613.81 feet along section line to the SW corner of Section 7, T-4-N, R-15-W; thence run N00°04'32"W 1321.05 feet along the section line to the forty corner; thence run S89°06'57"W 1311.81 feet along the forty line to the forty corner; thence run N00°08'50"W 1321.65 feet along the forty line to the forty corner; thence run S89°08'35"W 2626.92 feet along the forty line to the forty corner; thence run N00°17'26"W 1322.85 feet along the forty line to the forty corner; thence run S89°10'12"W 1315.10 feet along the forty line to the forty corner on the section line; thence run N00°21'44"W 1323.45 feet along the section line to the NW corner of Section 12, T-4-N, R-16-W; thence run S89°43'57"W 1319.81 feet along the section line to the forty corner; thence run N00°18'14"W 1334.43 feet along the forty line to an iron pipe at the forty corner; thence run S89°43'57"W 215.51 feet along the forty line to the Easterly right-of-way line of Oloh Road; thence run N34°52'13"E 2325.27 feet along said right-of-way line to an iron pin; thence run on and along a curve that curves to the left and has a radius of 2250.90 feet, a central angle of 04°51'10" for 190.64 feet, a long chord of N32°56'30"E 190.59 feet along said right-of-way line to an iron pin on the centerline of a gravel road; thence run along said centerline of gravel road the following (31) Thirty-One calls: S53°11'38"E 185.34 feet to a cotton picken spindle, S46°48'45"E 88.14 feet to a cotton picken spindle; S33°02'47"E 200.74 feet to a cotton picken spindle; S60°51'46"E 51.71 feet to a cotton picken spindle; S86°50'28"E 40.40 feet to a cotton picken spindle; M80°53'02"E 135.73 feet to a cotton picken spindle; N87°31'14"E

4

163.36 feet to a cotton picken spindle; S87°27'14"E 57.64 feet to an iron pin; S87°11'27"E 205.26 feet to an iron pin; N84°10'43"E 57.58 feet to an iron pin; N68°16'49"E 41.67 feet to an iron pin; N62°03'06"E 136.89 feet to a cotton picken spindle; N64°48'03"E 99.22 feet to a cotton picken spindle; N53°23'13"E 109.43 feet to a cotton picken spindle; N63°50'29"E 76.68 feet to a cotton picken spindle; N80°23'52"E 63.06 feet to a cotton picken spindle; S81°15'24"E 70.79 feet to a cotton picken spindle; S58°41'28"E 108.61 feet to a cotton picken spindle. S55°44'29"E 161.71 feet to a cotton picken spindle: S67°27'57"E 111.23 feet to a cotton picken spindle; S59°53'00"E 83.98 feet to a cotton picken spindle: S78°11'53"E 28.19 feet to a cotton picken spindle: N82°53'31"E 34.49 feet to a cotton picken spindle; N71°34'54"E 95.94 feet to a cotton picken spindle; N73°46'06"E 191.12 feet to a cotton picken spindle; N62°49'20"E 90.28 feet to an iron pin; S83°25'16"E 53.80 feet to a cotton picken spindle; S52°49'28"E 59.88 feet to a cotton picken spindle; S62°09'05"E 52.02 feet to a cotton picken spindle; S68°30'52"E 46.22 feet to a cotton picken spindle; S67°10'34"E 34.06 feet to a cotton picken spindle; thence run N79°38'35"E 125.31 feet to an iron pin; thence run N00°08'09"E 330.12 feet to an iron pin; thence run N00°08'09"E 627.27 feet to an iron pin; thence run N89°55'16"E 1975.89 feet along the forty line to an iron pin; thence run S00°30'42"E 1307.82 feet along to an iron pin on the forty line; thence run S89°49'58"E 650.56 feet along the forty line back to the Point of Beginning.  Said parcel contains 1243.38 acres, more or less, and being located in Sections 6 and 7, T-4-N, R-15-W and also Section 1, 2, and 12, T-4-N, R-16-W, Lamar County, Mississippi.

(F)     Real property located at North Black Creek Road, Sumrall, Lamar County, Mississippi, more particularly described as:

Parcel No. 103-07-010.000

Commence at a point in the centerline of a certain public road which point is 1149.2 feet West of the SE corner of NE ¼ of SE ¼ of Section 7, Township 4 North, Range 15 West; and run in a Northerly direction and along the centerline of said public road a distance of 613.8 feet; thence run West 647.3 feet, thence North 66 feet, thence West 687.5 feet to the West boundary line of NW ¼ of SE 1/4 , thence South along said West boundary line of said forty 663.3 feet to the SW corner of said NW ¼ of SE ¼; thence run East a distance of 1477.8 feet, more or less, back to the Point of Beginning, containing 21 acres more or less, and being situated in the NW ¼ of SE ¼ and the NE ¼ of SE ¼ of Section 7, Township

5

4 North, Range 15 West, Lamar County, Mississippi; together with all improvements thereon and appurtenances thereunto belonging.

(G)   Real property located at 625 N. Black Creek Road, Sumrall, Lamar County, Mississippi, more particularly described as:

Parcel No. 103-06-003.002

A parcel of land located in the NW ¼ of the SE ¼ of Section 6, Township 4 North, Range 15 West, Lamar County, Mississippi and being more particularly described as follows:

Commence at the NW corner of the SE ¼ of Section 6, Township 4 North, Range 15 West, Lamar County, Mississippi; thence run South 00 degrees 44 minutes 38 Seconds East along the East line of said SE ¼ for 33.67 feet to and for the POINT OF BEGINNING: thence continue South 00 degrees 44 minutes 38 Seconds East along the East line of said SE ¼ for 228.59 feet; thence run North 89 degrees 51 minutes 30 seconds East for 260.05 feet to the Centerline of North Black Creek Road; thence run 235.03 feet along said Centerline and along a curve to the right, said curve having a radius of 529.26 feet, an included angle of 25 degrees 26 minutes 37 seconds, a chord bearing of North 28 degrees 42 minutes 22 seconds West and a chord length of 233.10 feet; thence run North 17 degrees 18 minutes 19 seconds West along said Centerline for 24.96 feet; thence run South 89 degrees 51 minutes 30 seconds West for 143.63 feet back to the POINT OF BEGINNING.  Said parcel contains 1.00 acres, more or less and is subject to North Black Creek Road Right-of-Way.

(H)   Real property located in Tallahatchie County, Mississippi, more particularly described as:

Parcel No. 088-18007

S ½ of SW ¼ of Section 18 – T24-R2E, containing 80 acres more or less being located in the First Judicial District of Tallahatchie County, Mississippi.

6

(I)     Real property located in Tallahatchie County, Mississippi, more particularly described as:

Parcel No. 088-19006

77 acres in the South Half of the Northwest Quarter (less part off the end) of Section 19, Township 24 North, Range 2 East.

(J)     Real property located in Tallahatchie County, Mississippi, more particularly described as:

Parcel No. 088-19002

The Southwest Quarter of the Northeast Quarter and the Northwest Quarter of the Southeast Quarter of section 19, Township 24 North, Range 2 East, First Judicial District, Tallahatchie County, Mississippi. Being 86 acres, more or less.

(K)     Real property located in Tallahatchie County, Mississippi, more particularly described as:

Parcel No. 088-19003

The East Half of the Southeast Quarter and the Southwest Quarter of the Southeast Quarter of Section 19, Township 24 North, Range 2 East, First Judicial District, Tallahatchie County, Mississippi, being 130 acres, more or less, together with irrigation well located thereon.
SUBJECT TO an easement to Tallahatchie County, Mississippi, for cleaning of ditch dated October 16, 1998, and recorded in Book 421 at Page 437.

(L)     Real property located in Tallahatchie County, Mississippi, more particularly described as:

Parcel Nos. 054-26002, 054-26003, 054-26004

**TRACT ONE**
Sectional lots 8, 9, 10, 11 and 12 (being the South Half situated South and West of O'Possum Bayou) of Section 26, Township 25 North, Range 1 West, Second Judicial District of Tallahatchie County, MS **BUT,**

**SUBJECT TO** a right of way, 10 feet wide, adjacent to the South right of way of a County Road, by Lula Mae Hicks in favor of

7

Brazil-Sumner Water Association, Inc. per instrument filed for record April 7, 1980, and recorded in Book 221, at Page 254, in the Offices of the Chancery Clerk of said County.

**TRACT TWO**
4.34 acres located in Northwest ¼ of the Southeast Section 26, Township 25 North, Range 1 West, Second Judicial District, Tallahatchie County, Mississippi.

(M)   Real property located in Tallahatchie County, Mississippi, more particularly described as:

Parcel No. 088-19007

N ½ of NW ¼ and N 10 acres of S ½ of NW ¼, all located in Section 19, Township 24, Range 2 East.
97 acres

(N)   Real property located in Tallahatchie County, Mississippi, more particularly described as:

Parcel No. 098-3401201

Part of the SE ¼ of the SE ¼, part of the SW ¼ of the SE ¼, part of the NE ¼ of the SE ¼, and part of the NW ¼ of the SE ¼, all in Section 34, Township 24 North, Range 2 East, First Judicial District, Tallahatchie County, Mississippi, more particularly described as follows:

Beginning at a found iron pipe at the southeast corner of said Section 34; proceed thence S 89 degrees 56'53" W 1568.49 feet to a set iron pin at a fence corner on the west side of a creek or ditch; thence along said fence on the west side of said ditch as follows, N 03 degrees 00'00" E 548.98 feet, N 05 degrees 07'02" E 566.27 feet, N 05 degrees 39'18" E 669.71 feet, N 05 degrees 39'25" E 533.81 feet, N 01 degrees 33'51" E 325.05 feet to a set iron pin on the north line of the SE ¼ of said Section 34; thence East 795.28 feet to a set iron pin in the center of the old Poplar Springs Road; thence along the center of said old road to set iron pins as follows, S 16 degrees 19'16" E 150.38 feet, S 15 degrees 41'24" E 228.74 feet, S 35 degrees 23'13" E 167.55 feet, S 54 degrees 03'21" E 49.64 feet, S 34 degrees 16'20" E 97.17 feet, S 32 degrees 21'54" E 242.29 feet, S 59 degrees 20'11" E 126.71 feet, N 87 degrees 10'06" E 31.78 feet to a set iron pin on the east line of said Section

8

34; thence away from said old road South 1755.12 feet to the Point of Beginning, containing 81.18 acres, more or less.

EASTMENT DESCRIPTION
Part of the NW ¼ of the SE ¼ of Section 34, Township 24 North, Range 2 East, First Judicial District, Tallahatchie County, Mississippi, more particularly described as follows:

A 60 feet right of way, with 30 feet lying either side of a centerline described as beginning at a point in the center of a field road, said point being on the east right of way of Mississippi Highway 35, also being 1813.5 feet west and 2589.9 feet north of a found iron pipe at the southeast corner of said Section 34; proceed thence along said center line as follows, S 78 degrees 26'44" E 46.77 feet, N 88 degrees 59'44" E 74.11 feet, N 88 degrees 55'11" E 68.91 feet, N 85 degrees 20'08" E 63.91 feet, N 80 degrees 18'58" E 54.07 feet, N 84 degrees 57'36" E 44.37 feet, S 82 degrees 24'33" E 39.35 feet, S 57 degrees 13'31" E 71.94 feet to the end of said easement.

(O)     Real property located at 6131 Yeats Manor Drive, Tampa, Hillsborough County, Florida

Folio No. 132427-3402

Lot 1, Block 34, Westshore Yacht Club Phase 3B, according to the Plat thereof, recorded in Plat Book 113, Page(s) 107 through 111, of the Public Records of Hillsborough County, Florida

Parcel ID Number:  A0830189BS000034000010

(P)     Real property located at 300 Willow Creek Drive, Vicksburg, Warren County, Mississippi, more particularly described as:

Parcel No. 0981 18 2150 001900

Begin at the Northwest corner of Lot 45, Willow Creek Subdivision, Part 2, as recorded in plat in Plat Book 3, Page 4 of the Land Records of Warren County, Mississippi; thence run North 63° 53' East a distance of 174.80 bet; thence North 41° 01' East a distance of 298.39 feet; thence due North a distance of 88.01 feet, more or less, thence North 81° 00' West a distance of 357.33 feet, more or less; thence South 40° 00' West a distance of 100.24 feet, more or less, to a point located on the West side of a power line and the East side of a street; thence South 02° 47' East a distance

9

of 27.01 feet; thence around a curve of 12.94° to a point lying South 03° 40' West a distance of 105.05 feet; thence South 10° 06' West a distance of 12.05 feet; thence around a curve of 37.07° to a point lying South 07° 49' East a distance of 79.79 feet; thence South 25° 45' East a distance of 55.09 feet; thence around a curve of 9.35° to a point lying South 21° 05' East a distance of 103.78 feet to the point of beginning, and containing 2.89 acre of land and is located in Section 18, Township 16 North, Range 5 East, Warren County, Mississippi.

(Q)   Real property located at 4944 Hickory Shores Blvd., Gulf Breeze, Santa Rosa County, Florida, more particularly described as:

Parcel No. 24-25-28-1810-00000-0120

Lot 12 and West ½ of 13, HICKORY SHORES NO. 3, a subdivision of a portion of Section 24, Township 2 South, Range 28 West, according to the plat thereof, recorded in Plat Book A, Page(s) 59, of the Public Records of Santa Rosa County, Florida.

(R)   Real property located at 132 Dunleith Way, Clinton, Hinds County, Mississippi, more particularly described as:

Parcel No. 2980-208-517

Lot 17, The Estates of Oakhurst, a subdivision, according to a map or plat thereof which is on file and of record in the office of the Chancery Clerk of the Second Judicial District of Hinds County, at Raymond, Mississippi, in Plat Cabinet A at Slot 77 thereof, reference to which map or plat is hereby made in aid of and as a part of this description.

(S)   Real property located on Dunleith Way, Clinton, Hinds County, Mississippi, more particularly described as:

Parcel Nos. 2980-208-516, 2980-208-518

Lots 16 and 18, the Estates of Oakhurst, a subdivision according to a map or plat thereof which is on file and of record in the office of the Chancery Clerk of Hinds County at Raymond, Mississippi, in Plat Cabinet A at Slot 77, reference to which map or plat is hereby made in aid of and as a part of this description.

(T)     Real property located at 550 Post Road #25-5, Ridgeland, Madison County, Mississippi, more particularly described as:

Parcel No. 072H-27A-115/00.00

UNIT 5, IN THE PLAN OF CONDOMINIUM OF POINT CLEAR, a condominium according to a map or plat thereof, filed for record in Plat Cabinet D at Slide 5, in the office of the Chancery Clerk of Madison County, at Canton, Mississippi, as same is otherwise created, established and dedicated in a certain Plan of Condominium and Declaration of Covenants, Conditions and Restrictions, dated October 13, 1997, and of record in the office of the aforesaid Chancery Clerk in Book 1060 at Page 93, together with a 1.1522 percentage interest in and to the Common Area of Point Clear appurtenant to said Unit, as such interest is defined in the Plan of Condominium and Declaration of Covenants, Conditions and Restrictions thereto.

(U)     Real property located at 800 College Hill, Unit No. 2302, Oxford, Lafayette County, Mississippi, more particularly described as:

Parcel No. 134K-20-128.00

Dwelling Unit No. 2302 of 800 Park, a Condominium, Phase II, according to the Declaration of Condominium filed for record in the office of the Chancery Clerk of Lafayette County, Mississippi as Instrument 2015-1835, and the First Amendment to the Declaration of Condominium filed for record in said office as Instrument No. 2015-1937 and the plat of said Condominium recorded in Plat Cabinet C, at Slide 57, in the office of the Chancery Clerk of Lafayette County, Mississippi, reference to which plat is made for a more particular description of said property.

Together with an undivided interest in the common elements and limited common elements as identified and described in the Declaration of Condominium recorded as Instrument No. 2015-1835 and the First Amendment to the Declaration of Condominium filed for record in said office as Instrument No. 2015-1937 in the office of the Chancery Clerk of Lafayette County, Mississippi.

Being a part of the property conveyed in the Warranty Deed recorded as Instrument No. 2014-669 in the office of the Chancery Clerk of Lafayette County, Mississippi.

11

(V)  Real property located at 800 College Hill, Unit No. 2201, Oxford, Lafayette County, Mississippi, more particularly described as:

Parcel No. 134K-20-128.00
Dwelling Unit No. 2201 of 800 Park, a Condominium, Phase II, according to the First Amendment to the Declaration of Condominium filed for record on June 10, 2015 at 10:40 A.M. and recorded in said office as Instrument No. 2015-4878, and the Plat of said Condominium recorded in Plat Cabinet C, on Slide 57 of the public land records on file and of record in the Office of the Chancery Clerk of Lafayette County, Mississippi.

(W)  Real property located at 43 Sandy Creek Circle, Santa Rosa Beach, Walton County, Florida, more particularly described as:

Parcel No. 15-3S-19-25419-000-0050

Lot 5 of SANDY CREEK AT WATERCOLOR, according to the Plat thereof as recorded in Plat Book 15, Page(s) 57-57b, of the Public Records of Walton County, Florida.

Being the same property deeded to Wade A. Walters and Dorothy H. Walters, husband and wife, dated 9/29/2011, recorded in Records Book 2874, Page 3911 Public Records of Walton County, Florida.

(X)  Real property located at 321 Steelman Road, Hattiesburg, Lamar County, Mississippi, more particularly described as:

Parcel No. 055Q22-032.00

A parcel of land located in the SE ¼ of the SW ¼ of Section 22, Township 4 North, Range 14 West, Lamar County, Mississippi and being more particularly described as:

Commence at an Iron pin found marking the NE Corner of said SE ¼ of the SW ¼ thence South 00 degrees 00 minutes 53 seconds West along the east line of the said SE ¼ of the SW ¼ for 387.97 feet to the Point of Beginning; thence continue South 00 degrees 00 minutes 53 seconds West along the east line of the said SE ¼ of the SW ¼ for 929.49 feet to the SE Corner of the said SE ¼ of the SW ¼; thence South 89 degrees 46 minutes 34 seconds West along the south line of the said SE ¼ of the SW ¼ for 558.00 feet; thence North for 946.00 feet; thence South 88 degrees 31 minutes 25

12

seconds East for 157.02 feet; thence South 88 degrees 31 minutes 52 seconds East for 401.39 feet back to the Point of Beginning. Said parcel contains 12.00 acres, more or less.  Less and Except Steelman Road Right of Way.

(Y)    Real property located at Lot 9 Fisher Point Big Bay Lake, Lumberton, Lamar County, Mississippi, more particularly described as:

Parcel No. 146-13-001.122

Lot 9 of Big Bay Lake Community, Neighborhood Fisher Pointe, a Subdivision of Lamar County, Mississippi, as per the map or plat thereof on file and of record in the office of the Chancery Clerk of Lamar County, Mississippi.

(Z)    Real property located at Lot 11 Fisher Point Big Bay Lake, Lumberton, Lamar County, Mississippi, more particularly described as:

Parcel No. 146-13-001-124

Lot 11 of Big Bay Lake Community, Neighborhood Fisher Pointe, a Subdivision of Lamar County, Mississippi, as per the map or plat thereof on file and of record in the office of the Chancery Clerk of Lamar County, Mississippi.

(AA)   Real property located at 16 Ballantrae Drive, Hattiesburg, Lamar County, Mississippi, more particularly described as:

Parcel No. 058B-27-001.002

Lot 2, Ballantrae Subdivision, Lamar County, Mississippi, as per the official map or plat thereof on file and of record in the office of the Chancery Clerk of Lamar County, Mississippi, in Plat Book 3, Page 283, Slide 347; together with any improvements thereon and appurtenances thereunto belonging.

(BB)   Real property located at 10 Cottontail Way W. Purvis, Lamar County, Mississippi, more particularly described as:

Parcel No. 038-34-007.000

Lot 6, Briar Creek Subdivision, as per the official map or plat thereof on file in the office of the Chancery Clerk of Lamar

13

County, Mississippi; together with improvements thereon and appurtenances thereunto belonging.

Index Instructions: Lot 6, Briar Creek Subdivision

(CC) Real property located at 15 Tuscan Lane, Sumrall, Lamar County, Mississippi, more particularly described as:

Parcel No. 105-15-026.005

Lots 4 and 5, Sienna Fields Subdivision, Phase 1, Lamar County, Mississippi, as per the map or plat thereof on file and of record in the office of the Chancery Clerk of Lamar County, Mississippi at Plat Book 3, Page 368, Slide 432.

(DD) Real property located at 19 Tuscan Lane S, Sumrall, Lamar County, Mississippi, more particularly described as:

Parcel No. 105-15-026.006

Lots 4 and 5, Sienna Fields Subdivision, Phase 1, Lamar County, Mississippi, as per the map or plat thereof on file and of record in the office of the Chancery Clerk of Lamar County, Mississippi at Plat Book 3, Page 368, Slide 432.

(EE) Real property located at 120 Bellegrass Blvd., Hattiesburg, Lamar County, Mississippi, more particularly described as:

Parcel No. 1072-26-016.117

Lot E-1 of Bellegrass, Neighborhood E, a subdivision of Lamar County, Mississippi, as per the map or plat thereof on file and of record in the office of the Chancery Clerk of Lamar County, Mississippi.

(FF) Real property located in Forrest County, Mississippi, more particularly described as:

Parcel Nos. 1-005-03-028.00, 1-005-04-019.04

A part and parcel of the West fractional Section 3 lying West of Leaf River, and of the E ½ of the SE ¼ of Section 4, all being in Township 5 North, Range 13 West, Forrest County, Mississippi, more particularly described as follows:

14

Begin at a concrete monument at the Southeast corner of the SE ¼ of the SE ¼ of said Section 4; thence run South 88 degrees 56 minutes 32 seconds West and along the South line of the said SE ¼ of the SE ¼ for 1336.90 feet to an iron pin at the Southwest corner of the said SE ¼ of the SE ¼; thence run North 00 degrees 28 minutes 31 seconds East and along the West line of the said SE ¼ of the SE ¼ for 1228.56 feet to an iron pin; thence run North 68 degrees 41 minutes 16 seconds East for 1099.50 feet to the centerline of Leaf River; thence run Southerly and along the centerline of Leaf River for the next seventeen calls to the South line of said Section 3, South 12 degrees 36 minute 12 seconds East for 28.61 feet, South 55 degrees 53 minutes 08 seconds West for 30.21 feet, South 01 degrees 14 minutes 55 seconds West for 153.32 feet, South 31 degrees 01 minutes 37 seconds East for 187.43 feet, South 40 degrees 32 minutes 21 seconds East for 280.05 feet, South 59 degrees 21 minutes 15 seconds East for 169.79 feet, South 47 degrees 15 minutes 45 seconds East for 80.78 feet, South 59 degrees 57 minutes 47 seconds East for 96.98 feet, South 77 degrees 48 minutes 51 seconds East for 87.89 feet, South 84 degrees 52 minutes 05 seconds East for 137.81 feet, South 47 degrees 40 minutes 06 seconds East for 214.79 feet, South 19 degrees 55 minutes 01 seconds East for 158.52 feet, South 07 degrees 25 minutes 03 seconds East for 279.61 feet, South 14 degrees 14 minutes 47 seconds West for 240.50 feet, South 18 degrees 09 minutes 23 seconds West for 212.79 feet, South 41 degrees 21 minutes 02 seconds West for 110.35 feet, South 09 degrees 33 minutes 24 seconds West for 86.65 feet; thence run West and along the South line of said Section 3 for 1434.59 feet to the Point of Beginning; containing 100.00 acres, more or less; together with any improvements thereon and appurtenances thereunto belonging.

LESS AND EXCEPT all of the oil, gas, and other minerals of like kind and character in, on, and under the above described property.

(GG)   Real property located at Dover Trace, Lot 2, Hattiesburg, Forrest County, Mississippi, more particularly described as:

Parcel No. 1-050C-04-001.10

Lots D-2 and D-3 of Providence Subdivision, as per the map or plat thereof on file and of record in the office of the Chancery Clerk of Forrest County, Mississippi, at Cabinet B, Slide 67; together with all improvements thereon and appurtenances thereunto belonging.

(HH)   Real property located at Dover Trace, Lot 3, Hattiesburg, Forrest County, Mississippi, more particularly described as:

15

Parcel No. 1-050C-04-001.02

Lots D-2 and D-3 of Providence Subdivision, as per the map or plat thereof on file and of record in the office of the Chancery Clerk of Forrest County, Mississippi, at Cabinet B, Slide 67; together with all improvements thereon and appurtenances thereunto belonging.

(II)    Real property located at 1020 Southwest Railroad Avenue, Hammond, Tangipahoa Parish, Louisiana, more particularly described as:

Map ID 2736641073.00

A 0.976 acre of land, located in Block 25, of the Barber Addition to the City of Hammond, Louisiana, designated as "TRACT-B", more particularly described as follows:

Beginning at the Northwest corner of Block 25 of the Barber Addition thence proceed 150.00 feet South 14 degrees 30 minutes 00 seconds East to the POINT OF BEGINNING: Thence North 75 degrees 30 minutes 00 seconds East a distance of 250.00 feet; thence South 14 degrees 30 minutes 00 seconds East a distance of 170.00 feet; thence South 75 degrees 30 minutes 00 seconds West a distance of 250.00 feet; thence North 14 degrees 30 minutes 00 seconds West a distance of 170 feet, back to the POINT OF BEGINNING containing 0.976 acres, all located in Book 25 of the Barber Addition Hammond, Louisiana, Section 25, T6S-R7E, Greenburg Land District, City of Hammond, Parish of Tangipahoa, State of Louisiana.   This description is based on the boundary survey and plat by William J. Bodin, Professional Land Surveyor, dated May 17, 2014, a copy of which is recorded at COB 1348, Page 213, bearing Instrument #920278 on June 6, 2014 in the official records of the office of the Clerk of Court in and for the Parish of Tangipahoa, State of Louisiana.

(JJ)    Real property located in Rabbit Run Subdivision, Hammond, Tangipahoa Parish, Louisiana, more particularly described as:

Lot 3 (.26A), Assessment No. 06280552, Lot 6 (.26A), Assessment No. 06280595, Lot 7 (.30A), Assessment No. 06280609, Lot 8 (.33A), Assessment No. 06280617, Lot 9 (.33A) , Assessment No. 06280625, Lot 10 (.26A), Assessment No. 06280633, Lot 11 (.30A), Assessment No. 06280641, Lot 12 (.27A), Assessment No. 06280668, Lot 13 (.26A), Assessment No. 06280676, Lot 14

16

(.50A), Assessment No. 06280684 Lot 15 (.46A), Assessment No. 06280706, Lot 16 (.26A), Assessment No. 06280714, Lot 17 (.26A), Assessment No. 06280722, Lot 18 (.26A), Assessment No. 06280730, Lot 19 (.26A), Assessment No. 06280749, Lot 20 (.35A), Assessment No. 06280757, Lot 21 (.35A), Assessment No. 06280765, Lot 22 (.27A), Assessment No. 06280773, Lot 23 (.26A), Assessment No. 06280781, Lot 24 (.26A), Assessment No. 06280803, Lot 25 (.30A), Assessment No. 06297269, Lot 26 (.23A), Assessment No. 06297277, Lot 27 (.24A), Assessment No. 06297285, Lot 28 (.25A), Assessment No. 06297293, Lot 29 (.27A), Assessment No. 06297307, Lot 30 (.35A), Assessment No. 06297315, Lot 31 (.30A), Assessment No. 06297323, Lot 32 (.26A), Assessment No. 06297331, Lot 33 (.26A), Assessment No. 06297358, Lot 34 (.26A), Assessment No. 06297366, Lot 35 (.25A), Assessment No. 06297382, Lot 36, (.24A), Assessment No. 06297390, Lot 40, (.30A), Assessment No. 06297439, Lot 41, (.35A), Assessment No. 06297477, Lot 42, (.28A), Assessment No. 06297455

Lots 3, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 40, 41, and 42 RABBIT RUN SUBDIVISION, lying and being in Section 18, T6S, R7E, all as per the official map recorded August 11, 2008 at COB 1154, Page 636, bearing INSTRUMENT #788346 of the official records of the office of the Clerk of Court in and for the Parish of Tangipahoa, State of Louisiana.

LESS & EXCEPT:

0.0296 acres transferring the ownership of the Sewerage Treatment Plant at COB 1164, Page 289 of the official records of the office of the Clerk of Court in and for the Parish of Tangipahoa, State of Louisiana.

(KK)   Real property located at 320 Grandmas Lane, Fayetteville, Fayette County, Georgia, more particularly described as:

Map/Parcel ID: 044211012

ALL THAT TRACT or parcel of land lying and being in Land Lot 216 of the 4th District of Fayette County, Georgia, being Lot 13 of Ballard's Terrace Subdivision, as shown on that certain plat of said subdivision recorded in Plat Book 44, Page 169-175, Fayette County, Georgia records, said plat being incorporated herein and made a part hereof by reference.

17

(LL)   Real property located on Buford Gillis Road, Perry County, Mississippi, more particularly described as:

Parcel No. 078-33-003.00

SE ¼ and the NE ¼ of the SW ¼ and the SW ¼ of NE ¼ of Section 33, Township 4 North, Range 11 West, and the W ½ of the SW ¼ of Section 34, Township 4 North, Range 11 West, all in Perry County, Mississippi, together with the improvements thereon and appurtenances thereunto belonging.

LESS and EXCEPT

That certain property previously conveyed to Ward Farms, LLC in Deed Book 167, Page 89, in the Office of the Chancery Clerk of Perry County, Mississippi which is also described as:

Commencing at the SW corner of the SE ¼ of Section 33, Township 4 North, Range 11 West, Perry County, Mississippi. Said point being occupied by an 1 ½" diameter iron axle, said point also being the Point of Beginning of the parcel herein described. From the described Point of Beginning proceed North 89 degrees 59 minutes 14 seconds East 502.81 feet to an iron pin on the western right-of-way boundary of Buford Gillis Road (40 feet total right-of-way width); thence along said western right-of-way boundary as follows:   North 31 degrees 05 minutes 14 seconds East 282.28 feet; thence North 26 degrees 09 minutes 45 seconds East 202.81 feet; thence North 26 degrees 29 minutes 58 seconds East 276.05 feet; thence North 29 degrees 24 minutes 46 seconds East 317.27 feet; thence North 24 degrees 57 minutes 08 seconds East 92.20 feet; thence North 18 degrees 20 minutes 00 seconds East 93.88 feet; thence North 08 degrees 15 minutes 19 seconds East 71.93 feet; thence North 05 degrees 01 minutes 51 seconds West 69.54 feet; thence run North 06 degrees 09 minutes 07 seconds West 316.12 feet; thence run North 03 degrees 36 minutes 00 seconds West 197.15 feet; thence North 03 degrees 54 minutes 42 seconds West 190.52 feet; thence North 04 degrees 43 minutes 11 seconds East 93.80 feet; thence North 20 degrees 36 minutes 39 seconds East 62.56 feet; thence North 28 degrees 03 minutes 10

18

seconds East 147.11 feet; thence North 12 degrees 40 minutes 20 seconds East 123.14 feet; thence North 03 degrees 12 minutes 13 seconds East 140.96 feet; thence North 00 degrees 25 minutes 46 seconds West 129.75 feet to the North line of the South ½ of Section 33; thence leaving said western right-of-way boundary along said North half section boundary South 89 degrees 56 minutes 30 seconds West 2,505.32 feet to a concrete monument at the NW corner of the NE ¼ of the SW ¼ of Section 33; thence leaving said North half section boundary South 00 degrees 15 minutes 17 seconds East 1,324.86 feet along the western boundary of the NE ¼ of the SW ¼ of Section 33 to an iron pin at the SW corner of the NE ¼ of the SW ¼; thence leaving said western boundary North 89 degrees 42 minutes 01 seconds East 1,332.88 feet along the southern boundary of the said quarter quarter to a concrete monument at the SW corner of the NE ¼ of the SW ¼; thence leaving said southern boundary South 00 degrees 08 minutes 58 seconds East 1,313.49 feet along the western boundary of the SW ¼ of the SE ¼ back to the Point of Beginning.  Said parcel is located part in the SW ¼ of the SE ¼ and par in the NW ¼ of the SE ¼ part in the NE ¼ of the SW ¼ and all in Section 33, Township 4 North, Range 11 West, Perry County, Mississippi.

(MM)   Real property located on Old River Road, Perry County, Mississippi, more particularly described as:

Parcel No. 078-34-003.000

SE ¼ and the NE ¼ of the SW ¼ and the SW ¼ of NE ¼ of Section 33, Township 4 North, Range 11 West, and the W ½ of the SW ¼ of Section 34, Township 4 North, Range 11 West, all in Perry County, Mississippi, together with the improvements thereon and appurtenances thereunto belonging.

LESS and EXCEPT

That certain property previously conveyed to Ward Farms, LLC in Deed Book 167, Page 89, in the Office of the Chancery Clerk of Perry County, Mississippi which is also described as:

Commencing at the SW corner of the SE ¼ of Section 33, Township 4 North, Range 11 West, Perry County, Mississippi. Said point being occupied by an 1 ½" diameter iron axle, said point also being the Point of Beginning of the parcel herein described. From the described Point of Beginning proceed North 89 degrees 59 minutes 14 seconds East 502.81 feet to an iron pin on the

19

western right-of-way boundary of Buford Gillis Road (40 feet total right-of-way width); thence along said western right-of-way boundary as follows:   North 31 degrees 05 minutes 14 seconds East 282.28 feet; thence North 26 degrees 09 minutes 45 seconds East 202.81 feet; thence North 26 degrees 29 minutes 58 seconds East 276.05 feet; thence North 29 degrees 24 minutes 46 seconds East 317.27 feet; thence North 24 degrees 57 minutes 08 seconds East 92.20 feet; thence North 18 degrees 20 minutes 00 seconds East 93.88 feet; thence North 08 degrees 15 minutes 19 seconds East 71.93 feet; thence North 05 degrees 01 minutes 51 seconds West 69.54 feet; thence run North 06 degrees 09 minutes 07 seconds West 316.12 feet; thence run North 03 degrees 36 minutes 00 seconds West 197.15 feet; thence North 03 degrees 54 minutes 42 seconds West 190.52 feet; thence North 04 degrees 43 minutes 11 seconds East 93.80 feet; thence North 20 degrees 36 minutes 39 seconds East 62.56 feet; thence North 28 degrees 03 minutes 10 seconds East 147.11 feet; thence North 12 degrees 40 minutes 20 seconds East 123.14 feet; thence North 03 degrees 12 minutes 13 seconds East 140.96 feet; thence North 00 degrees 25 minutes 46 seconds West 129.75 feet to the North line of the South ½ of Section 33; thence leaving said western right-of-way boundary along said North half section boundary South 89 degrees 56 minutes 30 seconds West 2,505.32 feet to a concrete monument at the NW corner of the NE ¼ of the SW ¼ of Section 33; thence leaving said North half section boundary South 00 degrees 15 minutes 17 seconds East 1,324.86 feet along the western boundary of the NE ¼ of the SW ¼ of Section 33 to an iron pin at the SW corner of the NE ¼ of the SW ¼; thence leaving said western boundary North 89 degrees 42 minutes 01 seconds East 1,332.88 feet along the southern boundary of the said quarter quarter to a concrete monument at the SW corner of the NE ¼ of the SW ¼; thence leaving said southern boundary South 00 degrees 08 minutes 58 seconds East 1,313.49 feet along the western boundary of the SW ¼ of the SE ¼ back to the Point of Beginning.   Said parcel is located part in the SW ¼ of the SE ¼ and par in the NW ¼ of the SE ¼ part in the NE ¼ of the SW ¼ and all in Section 33, Township 4 North, Range 11 West, Perry County, Mississippi.

(NN)   Real property located at 23 Deer Valley Drive, Hattiesburg, Lamar County, Mississippi, more particularly described as:

Parcel No. 055K-22-109.00

Lot 48 Le Papillon, Phase III, Lamar County, Mississippi, as per the map or plat thereof on file in the office of the Chancery Clerk

20

of Lamar County, Mississippi, in Plat Book 3, page 262, Slide 326, together with all improvements thereon and appurtenances belonging.

**Indexing Instructions**: Lot 48 Le Papillon, Phase III, Lamar County, Mississippi. Plat Book e, page 262, Slide 326.

(OO)   Real property located at 50 Hegwood Road, Hattiesburg, Lamar County, Mississippi, more particularly described as:

Parcel No. 055Q-22-002.000

The N ½ of the NW ¼ of the SW ¼ of Section 22, Township 4 North, Range 14 West of Lamar County, Mississippi; together with all improvements thereon and appurtenances thereunto belonging.

(PP)   Real property located on Lot 4 Canebrake Subdivision, Hattiesburg, Lamar County, Mississippi, more particularly described as:

Parcel No. 101J-12-043.00

Lot 4, Brake 1, of Canebrake Subdivision, in the County of Lamar, State of Mississippi, as per the map or plat thereof on file and of record in the office of the Chancery Clerk of Lamar County, Mississippi, at Plat Book 2, Page 23, Slide A-92, together with all improvements thereon and appurtenances thereunto belonging.

(QQ)   Real property located at 197 W Canebrake Blvd., Hattiesburg, Lamar County, Mississippi, more particularly described as:

Parcel No. 101Q-12-006.000

Lot 15, Canebrake, Brake S, a Subdivision of the County of Lamar, State of Mississippi, as per the map or plat thereof on file and of record in the office of the Chancery Clerk of Lamar County, Mississippi, at Plat Book 2, Page 28, Slide A-95.

(RR)   Real property located at 56 98 Place Blvd., Hattiesburg, Lamar County, Mississippi, more particularly described as:

Parcel No. 052N-09-002.000

Commence at an iron pipe at the Northeast corner of the Northwest ¼ of the Southwest ¼ of Section 9, Township 4 North, Range 14

West, Lamar County, Mississippi and run South 00 degrees 00 minutes 39 seconds East for 1,142.16 feet to a ½" rebar and the Point of Beginning. From the Point of Beginning continue South 00 degrees 00 minutes 39 seconds East for 68.00 feet to a ½" rebar; thence run South 89 degrees 38 minutes 54 seconds West for 203.61 feet to a ½" rebar on the East right of way line of 98 Place Blvd. (Paved Public Road); thence run on and along said right-of-way line North 00 degrees 01 minutes 20 seconds West for 68.00 feet to a ½" rebar; thence leaving said right-of-way line run North 89 degrees 38 minutes 54 seconds Est for 203.63 feet back to the Point of Beginning. Said parcel of land is part of the Northwest ¼ of the Southwest ¼ of Section 9, Township 4 North, Range 14 West, Lamar County, Mississippi and contains 0.32 acres more or less; together with all improvements thereon and appurtenances thereunto belonging.

(SS)  Real property located at Hwy 44 Sumrall, Lamar County, Mississippi
Parcel No. 164-20-042-000

20 acres, more or less, being in the West ½ of the NE ¼ of the NW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi;

AND ALSO Beginning at a pine knot grader blade and x-tie fence corner found on the SE corner of the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi; thence North 00°03'47" West a distance of 1318.96 feet to an iron pin and fence corner; thence North 89°14'48" East a distance of 1322.71 feet to a pine know; thence South 00°31'29" East a distance of 1339.83 feet to a x-tie fence corner; thence North 89°51'11" West a distance of 1333.42 feet back to the Point of Beginning; containing 40.53 acres, more, or less, and being in the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi;

AND ALSO Beginning at a pine knot grader blade and x-tie fence corner found on the SE corner of the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi, said point being the Point of Beginning; thence South 00°06'35" West a distance of 1323.44 feet to a pine knot and grader blade; thence South 00°32'30" East a distance of 1313.73 feet to an iron pin; thence South 89°52'45" West a distance of 1300.00 feet to a pine knot and grader blade; thence North 00°32'49" West a distance of 1319.42 feet; thence South

22

89°36'58" West a distance of 1309.55 feet to an iron pin; thence North 00°12'29" East a distance of 1313.39 feet to an iron pin and t-post; thence South 89°22'10" West a distance of 1304.76 feet to a t-post; thence North 00°03'12" West a distance of 1302.47 feet to a found pine knot; thence North 89°16'27" West a distance of 1962.77 feet to an iron pin; thence North 00°11'04" East a distance of1330.31 feet to an iron pin; thence North 89°23'51" East a distance of 3216.25 feet to a x-tie fence corner; thence South 01°01'49" East a distance of 2014.89 feet to an iron pin; thence North 89°28'13" East a distance of 1297.83 feet to an iron pin; thence North 00°32'49" West a distance of 659.80 feet to a nail in the center of Foster Road and the point of curve of a non-tangent curve to the left, of which the radius point lies North 86°28'08" East a radial distance of 458.08 feet; thence along the center of said road South along the arc having a chord direction of South 15°57'59" East a chord distance of 197.29 feet, through a central angle of 24§52'15" a distance of 198.84 feet; thence continuing along said road South 28°24'06" East a distance of 989.43 feet to the point of curve of a non-tangent curve to the left, of which the radius point lies North 60°00'04" East a radial distance of 867.12 feet; thence continuing along said road SE along the arc having a chord direction of South 41°29'45" East a chord distance of 345.66 feet, through a central angle of 22°59'37", a distance of 347.99 feet to a railroad spike; thence leaving said road run North 89°57'03" East a distance of 573.99 feet back to the Point of Beginning; containing 287.01 acres, more or less, and located in the NE ¼ of the NE ¼ of Section 28; the SE ¼ and the NE ¼ of the SW ¼ and the South ½ of the NW ¼ of Section 21; and the East ½ of SE ¼ of the NE ¼ of Section 20; all in Township 5 North, Range 16 West, Lamar County, Mississippi; together with all improvements thereon and appurtenances thereunto belonging.

(TT)    Real property located on Foster Road, Sumrall, Lamar County, Mississippi
        Parcel No. 165-21-020.000

        20 acres, more or less, being in the West ½ of the NE ¼ of the NW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi;

        AND ALSO Beginning at a pine knot grader blade and x-tie fence corner found on the SE corner of the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi; thence North 00°03'47" West a distance of 1318.96 feet to an iron pin and fence corner; thence North 89°14'48" East a

23

distance of 1322.71 feet to a pine know; thence South 00°31'29" East a distance of 1339.83 feet to a x-tie fence corner; thence North 89°51'11" West a distance of 1333.42 feet back to the Point of Beginning; containing 40.53 acres, more, or less, and being in the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi;

AND ALSO Beginning at a pine knot grader blade and x-tie fence corner found on the SE corner of the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi, said point being the Point of Beginning; thence South 00°06'35" West a distance of 1323.44 feet to a pine knot and grader blade; thence South 00°32'30" East a distance of 1313.73 feet to an iron pin; thence South 89°52'45" West a distance of 1300.00 feet to a pine knot and grader blade; thence North 00°32'49" West a distance of 1319.42 feet; thence South 89°36'58" West a distance of 1309.55 feet to an iron pin; thence North 00°12'29" East a distance of 1313.39 feet to an iron pin and t-post; thence South 89°22'10" West a distance of 1304.76 feet to a t-post; thence North 00°03'12" West a distance of 1302.47 feet to a found pine knot; thence North 89°16'27" West a distance of 1962.77 feet to an iron pin; thence North 00°11'04" East a distance of1330.31 feet to an iron pin; thence North 89°23'51" East a distance of 3216.25 feet to a x-tie fence corner; thence South 01°01'49" East a distance of 2014.89 feet to an iron pin; thence North 89°28'13" East a distance of 1297.83 feet to an iron pin; thence North 00°32'49" West a distance of 659.80 feet to a nail in the center of Foster Road and the point of curve of a non-tangent curve to the left, of which the radius point lies North 86°28'08" East a radial distance of 458.08 feet; thence along the center of said road South along the arc having a chord direction of South 15°57'59" East a chord distance of 197.29 feet, through a central angle of 24§52'15" a distance of 198.84 feet; thence continuing along said road South 28°24'06" East a distance of 989.43 feet to the point of curve of a non-tangent curve to the left, of which the radius point lies North 60°00'04" East a radial distance of 867.12 feet; thence continuing along said road SE along the arc having a chord direction of South 41°29'45" East a chord distance of 345.66 feet, through a central angle of 22°59'37", a distance of 347.99 feet to a railroad spike; thence leaving said road run North 89°57'03" East a distance of 573.99 feet back to the Point of Beginning; containing 287.01 acres, more or less, and located in the NE ¼ of the NE ¼ of Section 28; the SE ¼ and the NE ¼ of the SW ¼ and the South ½ of the NW ¼ of Section 21; and the East ½ of SE ¼ of the NE ¼ of Section 20; all in Township 5 North, Range 16 West,

24

Lamar County, Mississippi; together with all improvements thereon and appurtenances thereunto belonging.

(UU) Real property located on JD Hatten Road, Sumrall, Lamar County, Mississippi
Parcel No. 165-22-007-000

20 acres, more or less, being in the West ½ of the NE ¼ of the NW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi;

AND ALSO Beginning at a pine knot grader blade and x-tie fence corner found on the SE corner of the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi; thence North 00°03'47" West a distance of 1318.96 feet to an iron pin and fence corner; thence North 89°14'48" East a distance of 1322.71 feet to a pine know; thence South 00°31'29" East a distance of 1339.83 feet to a x-tie fence corner; thence North 89°51'11" West a distance of 1333.42 feet back to the Point of Beginning; containing 40.53 acres, more, or less, and being in the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi;

AND ALSO Beginning at a pine knot grader blade and x-tie fence corner found on the SE corner of the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi, said point being the Point of Beginning; thence South 00°06'35" West a distance of 1323.44 feet to a pine knot and grader blade; thence South 00°32'30" East a distance of 1313.73 feet to an iron pin; thence South 89°52'45" West a distance of 1300.00 feet to a pine knot and grader blade; thence North 00°32'49" West a distance of 1319.42 feet; thence South 89°36'58" West a distance of 1309.55 feet to an iron pin; thence North 00°12'29" East a distance of 1313.39 feet to an iron pin and t-post; thence South 89°22'10" West a distance of 1304.76 feet to a t-post; thence North 00°03'12" West a distance of 1302.47 feet to a found pine knot; thence North 89°16'27" West a distance of 1962.77 feet to an iron pin; thence North 00°11'04" East a distance of1330.31 feet to an iron pin; thence North 89°23'51" East a distance of 3216.25 feet to a x-tie fence corner; thence South 01°01'49" East a distance of 2014.89 feet to an iron pin; thence North 89°28'13" East a distance of 1297.83 feet to an iron pin; thence North 00°32'49" West a distance of 659.80 feet to a nail in the center of Foster Road and the point of curve of a non-tangent curve to the left, of which the radius point lies North 86°28'08"

25

East a radial distance of 458.08 feet; thence along the center of said road South along the arc having a chord direction of South 15°57'59" East a chord distance of 197.29 feet, through a central angle of 24§52'15" a distance of 198.84 feet; thence continuing along said road South 28°24'06" East a distance of 989.43 feet to the point of curve of a non-tangent curve to the left, of which the radius point lies North 60°00'04" East a radial distance of 867.12 feet; thence continuing along said road SE along the arc having a chord direction of South 41°29'45" East a chord distance of 345.66 feet, through a central angle of 22°59'37", a distance of 347.99 feet to a railroad spike; thence leaving said road run North 89°57'03" East a distance of 573.99 feet back to the Point of Beginning; containing 287.01 acres, more or less, and located in the NE ¼ of the NE ¼ of Section 28; the SE ¼ and the NE ¼ of the SW ¼ and the South ½ of the NW ¼ of Section 21; and the East ½ of SE ¼ of the NE ¼ of Section 20; all in Township 5 North, Range 16 West, Lamar County, Mississippi; together with all improvements thereon and appurtenances thereunto belonging.

(VV)   Real property located on Foster Road, Sumrall, Lamar County, Mississippi
Parcel No. 165-22-023-000

20 acres, more or less, being in the West ½ of the NE ¼ of the NW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi;

AND ALSO Beginning at a pine knot grader blade and x-tie fence corner found on the SE corner of the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi; thence North 00°03'47" West a distance of 1318.96 feet to an iron pin and fence corner; thence North 89°14'48" East a distance of 1322.71 feet to a pine know; thence South 00°31'29" East a distance of 1339.83 feet to a x-tie fence corner; thence North 89°51'11" West a distance of 1333.42 feet back to the Point of Beginning; containing 40.53 acres, more, or less, and being in the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi;

AND ALSO Beginning at a pine knot grader blade and x-tie fence corner found on the SE corner of the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi, said point being the Point of Beginning; thence South 00°06'35" West a distance of 1323.44 feet to a pine knot and grader blade; thence South 00°32'30" East a distance of 1313.73

26

feet to an iron pin; thence South 89°52'45" West a distance of 1300.00 feet to a pine knot and grader blade; thence North 00°32'49" West a distance of 1319.42 feet; thence South 89°36'58" West a distance of 1309.55 feet to an iron pin; thence North 00°12'29" East a distance of 1313.39 feet to an iron pin and t-post; thence South 89°22'10" West a distance of 1304.76 feet to a t-post; thence North 00°03'12" West a distance of 1302.47 feet to a found pine knot; thence North 89°16'27" West a distance of 1962.77 feet to an iron pin; thence North 00°11'04" East a distance of1330.31 feet to an iron pin; thence North 89°23'51" East a distance of 3216.25 feet to a x-tie fence corner; thence South 01°01'49" East a distance of 2014.89 feet to an iron pin; thence North 89°28'13" East a distance of 1297.83 feet to an iron pin; thence North 00°32'49" West a distance of 659.80 feet to a nail in the center of Foster Road and the point of curve of a non-tangent curve to the left, of which the radius point lies North 86°28'08" East a radial distance of 458.08 feet; thence along the center of said road South along the arc having a chord direction of South 15°57'59" East a chord distance of 197.29 feet, through a central angle of 24§52'15" a distance of 198.84 feet; thence continuing along said road South 28°24'06" East a distance of 989.43 feet to the point of curve of a non-tangent curve to the left, of which the radius point lies North 60°00'04" East a radial distance of 867.12 feet; thence continuing along said road SE along the arc having a chord direction of South 41°29'45" East a chord distance of 345.66 feet, through a central angle of 22°59'37", a distance of 347.99 feet to a railroad spike; thence leaving said road run North 89°57'03" East a distance of 573.99 feet back to the Point of Beginning; containing 287.01 acres, more or less, and located in the NE ¼ of the NE ¼ of Section 28; the SE ¼ and the NE ¼ of the SW ¼ and the South ½ of the NW ¼ of Section 21; and the East ½ of SE ¼ of the NE ¼ of Section 20; all in Township 5 North, Range 16 West, Lamar County, Mississippi; together with all improvements thereon and appurtenances thereunto belonging.

(WW)  Real property located on Foster Road, Sumrall, Lamar County, Mississippi
Parcel No. 168-28-001-000

20 acres, more or less, being in the West ½ of the NE ¼ of the NW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi;

AND ALSO Beginning at a pine knot grader blade and x-tie fence corner found on the SE corner of the NW ¼ of the SW ¼ of

27

Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi; thence North 00°03'47" West a distance of 1318.96 feet to an iron pin and fence corner; thence North 89°14'48" East a distance of 1322.71 feet to a pine know; thence South 00°31'29" East a distance of 1339.83 feet to a x-tie fence corner; thence North 89°51'11" West a distance of 1333.42 feet back to the Point of Beginning; containing 40.53 acres, more, or less, and being in the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi;

AND ALSO Beginning at a pine knot grader blade and x-tie fence corner found on the SE corner of the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi, said point being the Point of Beginning; thence South 00°06'35" West a distance of 1323.44 feet to a pine knot and grader blade; thence South 00°32'30" East a distance of 1313.73 feet to an iron pin; thence South 89°52'45" West a distance of 1300.00 feet to a pine knot and grader blade; thence North 00°32'49" West a distance of 1319.42 feet; thence South 89°36'58" West a distance of 1309.55 feet to an iron pin; thence North 00°12'29" East a distance of 1313.39 feet to an iron pin and t-post; thence South 89°22'10" West a distance of 1304.76 feet to a t-post; thence North 00°03'12" West a distance of 1302.47 feet to a found pine knot; thence North 89°16'27" West a distance of 1962.77 feet to an iron pin; thence North 00°11'04" East a distance of1330.31 feet to an iron pin; thence North 89°23'51" East a distance of 3216.25 feet to a x-tie fence corner; thence South 01°01'49" East a distance of 2014.89 feet to an iron pin; thence North 89°28'13" East a distance of 1297.83 feet to an iron pin; thence North 00°32'49" West a distance of 659.80 feet to a nail in the center of Foster Road and the point of curve of a non-tangent curve to the left, of which the radius point lies North 86°28'08" East a radial distance of 458.08 feet; thence along the center of said road South along the arc having a chord direction of South 15°57'59" East a chord distance of 197.29 feet, through a central angle of 24§52'15" a distance of 198.84 feet; thence continuing along said road South 28°24'06" East a distance of 989.43 feet to the point of curve of a non-tangent curve to the left, of which the radius point lies North 60°00'04" East a radial distance of 867.12 feet; thence continuing along said road SE along the arc having a chord direction of South 41°29'45" East a chord distance of 345.66 feet, through a central angle of 22°59'37", a distance of 347.99 feet to a railroad spike; thence leaving said road run North 89°57'03" East a distance of 573.99 feet back to the Point of Beginning; containing 287.01 acres, more or less, and located in the NE ¼ of

28

the NE ¼ of Section 28; the SE ¼ and the NE ¼ of the SW ¼ and the South ½ of the NW ¼ of Section 21; and the East ½ of SE ¼ of the NE ¼ of Section 20; all in Township 5 North, Range 16 West, Lamar County, Mississippi; together with all improvements thereon and appurtenances thereunto belonging.

(XX)   Real property located at 775 Gulf Shore Drive, Bldg. 36, Destin, Okaloosa County, Florida, more particularly described as:

Parcel No. 00-2S-22-213S-0000-0360

That certain Condominium parcel known as Building No. 36, Sandpiper Cove, Phase X, a Condominium according to the Declaration of Condominium thereof, as recorded in Official Records Book 1110, Page 797, amended in Official Records Book 1245, Page 788, Official Records Book 1245, Page 796, Official Records Book 1468, Page 1705 and Official Records Book 1468, Page 1710, of the Public Records of Okaloosa County, Florida, together with an undivided interest in the common elements appurtenant thereto, subject to and in accordance with the covenants, conditions, restrictions, terms and other provisions of said Declaration.

(YY)   Real property located at 775 Gulf Shore Drive, Bldg. 36, Unit 9136, Destin, Okaloosa County, Florida, more particularly described as:

Parcel No. 00-2S-22-214M-0006-9136

That certain condominium parcel composed of BUILDING 6, UNIT NO. 9136, and the undivided share in the common elements appurtenant thereto, in accordance with and subject to the covenants, restrictions, terms and other provisions of the Declaration of Condominium of Sandpiper Cove Phase XXV, with the schedules annexed thereto, as recorded in Official Records Book 2018, Page 1726-1818, inclusive, of the Public Records of Okaloosa County, Florida.

(ZZZ)   Real property located at 775 Gulf Shore Drive, Bldg. 158, Unit 2154, Destin, Okaloosa County, Florida, more particularly described as:

Parcel No. 00-2S-22-213K-0158-2154

29

Family Unit No. 2154, Building 158, Sandpiper Cove Phase II, as per the Declaration of Condominium thereof, recorded in Official Records Book 734, Page 143, together with any amendments thereto, of the Public Records of Okaloosa County, Florida.

(AAA) Real property located at 775 Gulf Shore Drive, Bldg. 35, Unit 2085, Destin, Okaloosa County, Florida, more particularly described as:

Parcel No. 00-2S-22-213L-0035-2085

Family Unit No. 2085, Building 35, Sandpiper Cove, Phase III, as per the Declaration of Condominium thereof, recorded in Official Records Book 762, Page 169, and amended in Official Records Book 842, Page 35, Official Records Book 1245, Page 788, Official Records Book 1245, page 796 and Official Record Book 1360, Page 283, together with any amendments thereto, of the Public Records of Okaloosa County, Florida.

(BBB) Real property located at 775 Gulf Shore Drive, Bldg. 9, Unit 9104, Destin, Okaloosa County, Florida, more particularly described as:

Parcel No. 00-2S-22-214M-0009-9104

That certain Condominium Parcel composed of Unit No. 9104, and the undivided share in the common elements appurtenant thereto in accordance with and subject to the covenants, conditions, restrictions, terms and other provisions of the Declaration of Condominium of SANDPIPER COVE, PHASE XXV, with the schedules annexed thereto, as recorded in Official Records Book 2018, Page 1726, of the Public Records of Okaloosa County, Florida.

(CCC) Real Property located at 47 Cooper Creek, Hattiesburg, Lamar County, Mississippi, more particularly described as:

Parcel No. 05N-19-002.082

Lot 81 of Clear Creek Subdivision, Phase II, of Lamar County, Mississippi, as per the map or plat thereof on file and of record in the Office of the Chancery Clerk of Lamar County, Mississippi, at Plat Book 3, Page 316, Slide 380.

(DDD) Real property located at 123 Higgins Road, Sumrall, Lamar County, Mississippi, more particularly described as:

30

Parcel No. 162-03-022.001

This is to certify that I have surveyed the part and parcel of property located in the Northwest ¼ of the Southwest 1/4, Section 3, T-5-N, R-16-W, Lamar County, Mississippi being more particularly described as follows:

Commence at a found pine knot at the Southwest corner of the Northwest ¼ of the Southwest 1/4 , Section 3, Township 5 North, Range 16 West, Lamar County, Mississippi and run S89°53'27" E 485.34 feet to a set ½" rebar and the point of beginning; from said point of beginning run N07°10'04"W 245.61 feet to a set ½" rebar; thence run N70°28'04" E 180.04 feet to a set ½" rebar; thence run N40°43'09" E 91.63 feet to a set ½ " rebar; thence run S83°23'10" E 95.90 feet to a found ½" rebar; thence run on and along a curve that curves to the left and has a radius of 214.44 feet, a central angle of 43°50'36" for 164.09 feet, a long chord of N71°01'38" E for 160.12 feet to a found ½" rebar on the Western right of way line of Higgins Road; thence run S30°52'18" E 91.36 feet along said right of way line to a found ½" rebar; thence run on and along a curve that curves to the left and has a radius of 1125.87 feet, a central angle of 16°22'21" for 321.72 feet, a long chord of S36°14'44" E for 320.63 feet to a found ½" rebar on the Western right of way line of Higgins Road; thence run S43°26'36" E for 108.41 feet along said right of way line to a found 1/2" rebar on the Western right of way line of Higgins Road; thence leaving said right of way line run N89°53'27" W 756.52 feet, back to the point of beginning, said parcel contains 4.88 acres, more or less; together with all improvements thereon and appurtenances thereunto belonging.