IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**V.**                                                    **CIVIL CASE NO. 3:16-cv-27 CWR-FKB**

**REAL PROPERTY LOCATED AT**
**NO. 098-3401201, TALLAHATCHIE COUNTY, MISSISSIPPI**           **DEFENDANT**

## VERIFIED CLAIM OF INTEREST OF WALTERS HOLDING, LLC

### I. INTRODUCTION

Pursuant to Rule G(5)(a), of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, Claimant, WALTERS HOLDING, LLC, by and through its managing member, WADE A. WALTERS, hereby files this verified claim and asserts its interest and right in the Defendant Property *In Rem* hereinafter described in this civil action.

### II. G(5)(a)(i)(A) IDENTIFY SPECIFIC PROPERTY CLAIMED

(1)   Identified as Paragraph "N" in Exhibit A to the Complaint:

Real property located in Tallahatchie County, Mississippi, 81 acres, more particularly described as:

Parcel No. 098-3401201

### III. G(5)(a)(i)(B) IDENTITY OF CLAIMANT AND CLAIMANT'S INTEREST IN THE PROPERTY

The Claimant, WALTERS HOLDING, LLC, a Mississippi Limited Liability Company, asserts its claim to the above described real property by and through its managing member, WADE A. WALTERS.

WALTERS HOLDING, LLC is an owner of the hereinabove described real property and has a claim to, interest in, and right to the real property as seized by the United States pursuant to the Verified Complaint for Forfeiture *In Rem* filed in this civil action pursuant to Title 18 U.S.C. §981(a)(1) filed on January 20, 2016.

The Claimant, WALTERS HOLDING, LLC demands return of the property and the right to defend in this civil action.

RESPECTFULLY SUBMITTED, this the __9th__ day of __June__, 2016.

                                                */s/ Joe M. Hollomon*
                                         JOE M. HOLLOMON, ATTORNEY FOR AND
                                         ON BEHALF OF WALTERS HOLDING, LLC

OF COUNSEL:

Joe M. Hollomon (MSB # 2551)
JOE M. HOLLOMON & ASSOCIATES, P.A.
107 North State Street
Post Office Box 22683
Jackson, Mississippi 39225-2683
Ph. 601-353-1300
Fx. 601-353-1308
jhollomon@outlook.com
joehollomonlaw@yahoo.com

## VERIFICATION

I, WALTERS HOLDING, LLC, by and through its managing member, Wade A. Walters, hereby declare that I have read the foregoing verified claim. I verify and declare under penalty of perjury: (1) that the foregoing is true and correct; and (2) that I have been authorized by WALTERS HOLDING, LLC to execute this verification on its behalf.

THIS the 9th day of June, 2016.

WALTERS HOLDING, LLC

By: WADE A. WALTERS, Managing Member

SWORN TO AND SUBSCRIBED BEFORE ME, this the 9th day of June, 2016.

NOTARY PUBLIC

-SEAL-

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 83508
JAMIE W. COLLETT
Commission Expires
Jan. 11, 2019
RANKIN COUNTY

My Commission Expires: Jan 11, 2019

## CERTIFICATE OF SERVICE

I, Joe M. Hollomon, do hereby certify that I have this date electronically filed the foregoing *Verified Claim of Interest of Walters Holding, LLC* with the Clerk of the Court using the Electronic Case Filing (ECF) system, which sent notification of such filing to all counsel of record.

THIS, the 9th day of June, 2016.

/s/ Joe M. Hollomon
JOE M. HOLLOMON