IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

**V.**                          **CIVIL CASE NO. 3:16-cv-27 CWR-FKB**

**REAL PROPERTY LOCATED AT**
**19 CRANE PARK, HATTIESBURG,**
**LAMAR COUNTY, MISSISSIPPI,**
**WITH ALL APPURTENANCES,**
**IMPROVEMENTS, AND FIXTURES**                **DEFENDANT**
**THEREON, ET AL.**                              **PROPERTY**

## ANSWER AND DEFENSES OF L&W SUPPLY, INC.

COMES NOW L&W SUPPLY, INC. ("L&W") by and through the undersigned counsel and submits its Answer and Defenses as follows, to-wit:

### FIRST DEFENSE

L&W specifically asserts and invokes all defenses available as set forth in FRCP Rule 12, including all defenses set forth in 12(b)(1) through 12(b)(7).

### SECOND DEFENSE

L&W incorporates by reference the Verified Claim of Interest of L&W [Doc #115].

### THIRD DEFENSE

L&W is an innocent lienholder.

### FOURTH DEFENSE

NOW having set forth preliminary defenses, and without waiving its right to be heard regarding said defenses, L&W now responds to Plaintiff's Complaint paragraph by paragraph as follows:

1

## NATURE OF THE ACTION

1. L&W is without sufficient information to admit or deny this averment and therefore denies the same.

## THE DEFENDANT IN REM

2. L&W is without sufficient information to admit or deny this averment and therefore denies the same.

## JURISDICTION AND VENUE

3. L&W is without sufficient information to admit or deny this averment and therefore denies the same.

## BASIS FOR FORFEITURE

4. L&W is without sufficient information to admit or deny this averment and therefore denies the same.

## FACTS AND CIRCUMSTANCES

5. L&W admits only that Exhibit "A" speaks for itself, any other averment is denied.

## CLAIM FOR RELIEF

6. L&W denies the averments of this paragraph.

WHEREFORE PREMISES CONSIDERED, L&W prays that the Complaint filed by the Plaintiff be dismissed with prejudice, and that L&W be awarded its costs of court and attorneys' fees to the extent permitted by law.

RESPECTFULLY SUBMITTED, this the 15th day of July, 2016.

        BY: HUBBARD, MITCHELL, WILLIAMS & STRAIN, PLLC

        BY:   /s/ Jeffrey M. Williams
                JEFFREY M. WILLIAMS (MBN 100410)

OF COUNSEL:

JEFFREY M. WILLIAMS (MBN 100410)
RICHARD D. MITCHELL (MBN 3381)
Hubbard Mitchell Williams & Strain, PLLC
1062 Highland Colony Parkway, Suite 222
Ridgeland, MS 39157
P.O. Box 13309
Jackson, MS 39236
Telephone: (601) 707-3440
Facsimile: (601) 898-2726
williams@hubbardmitchell.com
mitchell@hubbardmitchell.com

**CERTIFICATE OF SERVICE**

I, Jeffrey M. Williams, Attorney for L&W Supply, Inc. hereby certify that I have electronically filed the foregoing Answer and Defenses of L&W Supply, Inc. with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

This the 15th day of July, 2016.

/s/ Jeffrey M. Williams
JEFFREY M. WILLIAMS (MBN 100410)