UNITED STATES DISTRICT COURT
SOUTHERN DSSTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff

v.     CIVIL ACTION NO. 3:16-cv-27 TSL-RHW

REAL PROPERTY LOCATED AT
19 CRANE PARK, HATTIESBURG, LAMAR COUNTY,
MISSISSIPPI WITH ALL APPURTENANCES,
IMPROVEMENTS AND FIXTURES THEREON, ET AL.,
Defendant Property

## CLAIMANT THOMAS E. SPELL, JR.'S STIPULATION TO USA'S MOTION TO AMEND THE VERIFIED COMPLAINT & MOTION TO STAY PROCEEDINGS

(1) Claimant Thomas E. Spell, Jr., by and through his undersigned counsel, hereby stipulates that it will not oppose the Government's motion for leave to amend its verified complaint [Doc. # 174].

(2) Mr. Spell also withdraws his objection and stipulates to the Government's motion to stay [Doc. # 146], which is also the subject of the Court's Order [Doc. # 172] on Mr. Spell's motion for reconsideration.

(3) Mr. Spell and the Government have agreed that these stipulations moot Mr. Spell's motion to dismiss [Doc. # 160] and the Government's outstanding special interrogatories [Doc. # 173].

(4) This stipulation is made subject to and without waiver of any defenses, affirmative or otherwise, to the Government's proposed Amended Complaint in this action.

This the 26th day of January, 2017.

1

RESPECTFULLY SUBMITTED,

**THOMAS E. SPELL, JR.**

/s/ Stefan D. Cassella (pro hac vice)

/s/ James M. Tyrone
James M. Tyrone

**OF COUNSEL :**
James M. Tyrone (MSB # 102381)
H. Ruston Comley (MSB # 102307)
WATKINS & EAGER PLLC
400 East Capitol, Suite 300 (39201)
P.O. Box 650
Jackson, Mississippi 39205
Telephone: (601) 965-1900
Facsimile: (601) 965-1901
mtyrone@watkinseager.com
rcomley@watkinseager.com

Stefan D. Cassella (pro hac vice)
Asset Forfeiture Law, LLC
10609 Rachel Yates Ct
Laurel, MD 20723
Telephone: (240) 338-0724
Cassella@AssetForfeitureLaw.us

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all counsel of record:

This the 26th day of January, 2017.

*s/ James M. Tyrone*
James M. Tyrone