# EXHIBIT 1

Case 3:16-cv-00027-TSL-RHW Document 229-1 Filed 02/08/18 Page 2 of 2

Newspapers™
https://www.newspapers.com/image/279345594

Hattiesburg American (Hattiesburg, Mississippi) · Sun, May 25, 2008 · Page 21
Downloaded on Feb 8, 2018

# 'Business as usual'

**PINE BELT:** *Braley ready to take on challenge as health initiative's CEO*

By EMMA JAMES
American Staff Writer
ecjames@hattiesburgamerican.com



HOPE BRALEY, left, and Kaye Ray exchange nameplates in the offices of Southeast Mississippi Rural Health Initiative. Braley succeeded Ray as CEO of the organization on May 1.

EMMA JAMES | Hattiesburg American

It's business as usual at the Southeast Mississippi Rural Health Initiative as Hope Braley succeeds organization co-founder Kaye Ray as chief executive officer this month.

Coming into the position after almost 12 years as the organization's chief financial officer, Braley plans to keep SeMRHI on an even keel in both finances and personnel.

"For now, our short-term goals are business as usual," Braley said, "to keep things as financially stable as they have been and to continue to provide access to patient care for the patients."

As CFO, Braley worked on several building projects for SeMRHI, including the Hattiesburg Community Dental Center, which became operational in 2000, as well as the Pharmacy Assistance Center run in conjunction with Forrest General Hospital that opened in 2004. That experience, she said, helped prepare her for the CEO position.

"Very often I was the CFO after 5 o'clock because during the day I was doing many other things I loved and wanted to do such as the building projects and different operational things that happen every day," she said. "I was allowed to be a part of everything, and I wasn't stuck in a room doing numbers, just finance. It's (being CEO) a real opportunity to become well-rounded and very familiar with the big picture."

SeMRHI is a $12 million dollar organization that runs 14 federally approved community health clinics and 20 part-time school health clinics throughout Southeast Mississippi. The organization provides health care to low-income and uninsured patients, with 65 employees and 35,000 patients last year. Responsibility for the entire organization ultimately falls on the CEO's shoulders, said Ray, but she believes that Braley's shoulders are more than capable of handling the burden.

"Hope has the same vision I've had, to grow this organization and also to maintain its integrity because financial integrity is so important," Ray said.

Ray will remain involved with SeMRHI on a consulting basis.

Long-term, Braley plans on implementing a $250,000 MISys grant, one of three software grants awarded nationally, to create a community health record in conjunction with Forrest General and the Hattiesburg Clinic. The end goal, Braley said, is to allow

See BUSINESS, 2C

Copyright © 2018 Newspapers.com. All Rights Reserved.

POWERED BY Newspapers™